UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-60166-CIV-JORDAN/MCALILEY

BRYAN AGOSTINHO and
J. BERNARD BELL,

    Plaintiffs,

v.

BOUTIQUE HOTELS AMERICA, LLC,
a limited liability company, et al.,

    Defendants.
_____/

## ORDER GRANTING MOTION FOR PROTECTIVE ORDER

Plaintiff Brian Agostinho has filed a Motion For Protective Order and for Record to be Sealed asking this Court to order Defendants to redact Plaintiff's social security number from a discovery response filed by Defendants. [DE 53]. This Court has reviewed the docket and finds that Defendants improperly filed Plaintiff's complete social security number in violation of Federal Rule of Civil Procedure 5.2(a), which requires documents filed with the Court to only include the last four digits of a social security number. [DE 46-1, pp. 2, 8]. Plaintiff's request for his attorneys' fees in connection with this motion is denied, however, because Plaintiff's counsel failed to certify that he met and conferred with defense counsel in an effort to resolve this issue prior to filing the motion. *See* S.D. Fla. L. R. 7.1(a)(3).

Based on the foregoing, the Court ORDERS that:

Plaintiff's Motion for Protective Order and for Record to be Sealed [DE 53] is **GRANTED IN PART**. The Clerk is directed to seal DE 46 pursuant to Federal Rule of

Civil Procedure 5.2(d) and Local Rule 5.4. Defendants shall file a redacted version of DE 46. Plaintiff's request for attorneys' fees is denied.

DONE and ORDERED in chambers in Miami, Florida this 19th day of August, 2010.

CHRIS McALILEY
UNITED STATES MAGISTRATE JUDGE

cc:
The Honorable Adalberto Jordan
Counsel of record