UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 10-60166-CV-JORDAN-McALILEY

| | |
|---|---|
| BRYAN AGOSTINHO and J. BERNARD BELL, | ) ) ) |
| Plaintiffs | ) ) |
| vs. | ) ) |
| BOUTIQUE HOTELS AMERICA, LLC et al., | ) ) ) |
| Defendants | ) ) |

### FINAL JUDGMENT

On January 5, 2011, I granted a motion for entry of final judgment in favor of plaintiffs Bryan Agostinho and J. Bernard Bell.

Pursuant to Federal Rules of Civil Procedure 54 and 58, final judgment is entered in favor of Bryan Agostinho and J. Bernard Bell. Bryan Agostinho shall take $9,250 in damages from Boutique Hotels America, LLC, Shutters on the Ocean, LLC, Ocean 4660, LLC, and Hanna Karcho, jointly and severally, for all of which let execution issue. J. Bernard Bell shall take $9,250 from Boutique Hotels America, LLC, Shutters on the Ocean, LLC, Ocean 4660, LLC, and Hanna Karcho, jointly and severally, for all of which let execution issue. Finally, judgment for attorneys' fees and costs is entered in favor of the plaintiffs' counsel, Bober & Bober, P.A., which shall take $350 from Boutique Hotels America, LLC, Shutters on the Ocean, LLC, Ocean 4660, LLC, and Hanna Karcho, jointly and severally, for all of which let execution issue. Post-judgment interest shall accrue as set forth in 28 U.S.C. § 1961.

DONE and ORDERED in chambers in Miami, Florida, this 5th day of January, 2011.

_____
Adalberto Jordan
United States District Judge

Copy to:   All counsel of record